60 So.2d 64

## Ex parte DAVIS.

### 7 Div. 169.

Supreme Court of Alabama.

June 26, 1952.

1. Post, p. 521.

See also, ante, p. 456, 59 So.2d 592.

S. A. Lokey, Columbiana, for petitioner.

Si Garrett, Atty. Gen., and Robt. Straub and Bernard F. Sykes, Asst. Attys. Gen., for the State.

LIVINGSTON, Chief Justice.

This petition was filed while the cause was pending in this court. The Petition for Leave to File a Petition for Writ of Error Coram Nobis in the Circuit Court of Jefferson County, Alabama, is therefore, prematurely filed, and must be dismissed, and it is so ordered.

Petition dismissed.

All the Justices concur, except GOOD-WYN, Jr., not sitting.